UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 10293 RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ANTONINO BALDASSANO,
        Plaintiff

  v.                                     CIVIL ACTION
                                           NO.
F/V CAPTAIN DOMINIC,
        Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SEAMAN'S AFFIDAVIT

I, Brian S. McCormick, attorney for the plaintiff in the above-entitled action, do on oath depose and say as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

                                        _/s/ Brian S. McCormick_
                                        BRIAN S. MCCORMICK, ESQ.
                                        BBO # 550533
                                        Orlando & Associates
                                        One Western Avenue
                                        Gloucester, MA  01930
                                        (978) 283-8100

                      COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

    Sworn and subscribed to before me this _10th_ day of February 2005.

                                        _/s/ Ruth E. Katsikas_
                                        NOTARY PUBLIC
                                        My Commission Expires: _12/9/05_