# United States District Court

DISTRICT OF Massachusetts

Antonino Baldassano

v.

F/V CAPTAIN DOMINIC

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 05 - 10293 RGS

TO: (Name and Address of Defendant)

F/V CAPTAIN DOMINIC
Captain Dominic and Brothers, Inc.
c/o Felicia Oil Company
Commercial Street
Gloucester, MA 01930

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE FEB 14 2005

FEB 15 2005