UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-10293-RGS

**ANTONINO BALDASSANO**
    **Plaintiff,**

VS.

**CAPT. DOMINIC & BROS., INC.,**
    **Defendant.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, **CAPT. DOMINIC & BROS., INC.**, in the above entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Terence G. Kenneally"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165