**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.
05-10293-RGS

ANTONINO BALDASSANO
    Plaintiff,

VS.

CAPT. DOMINIC & BROS., INC.,
    Defendant.


**DEFENDANT, F/V CAPTAIN DOMINIC'S**
**ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Now comes the defendant, Capt. Dominic & Bros., Inc.,
in the above entitled action, by and through its undersigned
counsel, Clinton & Muzyka, P.C., and files its Answer to
Plaintiff's Amended Complaint as follows:

**COUNT I**

First:    The defendant admits the plaintiff was a
member of the crew of the F/V CAPTAIN DOMINIC on
December 12, 2003.  The defendant is without personal
knowledge or information sufficient to form a belief as
to the truth of the remaining allegations in this
paragraph and therefore denies same.

Second:    The defendant admits the allegations in this
paragraph.

Third:    The defendant admits that it owned, operated and managed the F/V CAPTAIN DOMINIC on December 12, 2003.  The defendant denies the remaining allegations in this paragraph.

Fourth:    The defendant admits the allegations in this paragraph.

Fifth:    The defendant denies the allegations in this paragraph.

Sixth:    The defendant denies the allegations in this paragraph and subparagraphs a through e.

Seventh:    The defendant denies the allegations in this paragraph.

Eighth:    This paragraph contains allegations of law to which an answer is not required, but to the extent that an answer is required, the defendant denies all the allegations contained therein.

**WHEREFORE** the defendant prays that this Honorable Court dismiss with prejudice Count I of Plaintiff's Complaint together with costs and reasonable attorneys fees.

## COUNT II

First:    The defendant reiterates and reaffirms its answers to the allegations set forth in Paragraphs "First", "Second", "Third", "Fourth", and "Fifth" of

Count I inclusive and incorporates same as if fully set forth herein.

<u>Second</u>:   The defendant denies the allegations in this paragraph.

<u>Third</u>:   The defendant denies the allegations in this paragraph.

<u>Fourth</u>:   This paragraph contains allegations of law to which an answer is not required, but to the extent that an answer is required, the defendant denies all the allegations contained therein.

**WHEREFORE** the defendant prays that this Honorable Court dismiss with prejudice Count II of Plaintiff's Complaint together with costs and reasonable attorneys fees.

<u>**COUNT III**</u>

<u>First</u>:   The defendant reiterates and reaffirms its answers to the allegations set forth in Paragraphs "First", "Second", "Third", "Fourth", and "Fifth" of Count I inclusive and incorporates same as if fully set forth herein.

<u>Second</u>:   The defendant denies the allegations in this paragraph.

**WHEREFORE** the defendant prays that this Honorable Court dismiss with prejudice Count III of Plaintiff's Complaint together with costs and reasonable attorneys fees.

## **AFFIRMATIVE DEFENSES**

Now comes the defendant and incorporates the following Affirmative Defenses into each Count of its Answer as more fully appears below.

**AND FURTHER ANSWERING, AND AS A COMPLETE AN SEPARATE DEFENSE**, the defendant states that the plaintiff has failed to state a cause of action upon which relief can be granted under Counts I, II and III of Plaintiff's Complaint.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that the plaintiff is not entitled to maintenance because it has been fully satisfied.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that the plaintiff is not entitled to cure because it has been fully satisfied.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that, if the injury occurred, which is specifically denied, the plaintiff reached maximum medical improvement on April 28, 2004 for the condition which he allegedly sustained onboard the vessel and therefore is now beyond the defendant's responsibility for maintenance and cure.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff sustained personal injuries as alleged, which is

specifically denied, it was due to the action and/or omissions of individuals for whom the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff sustained injury as alleged, which is specifically denied, those injuries were the result of an Act of God for which the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, it was due in whole or in part to the plaintiff's own negligence and failure to exercise the degree of care, skill, and knowledge in the performance of his work reasonably to be required of a seaman of the plaintiff's experience and not due to any negligence or fault on the part of the defendant nor any person or persons for whom the defendant may be legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, such injury was without the fault, knowledge, or privity of the defendant; that the damages claimed herein exceed the value of the vessel, including her pending freight; and the

defendant herewith claims benefit of any and all laws and statutes of the United States of America, including but not limited to, Limitation of Liability of the defendant, 46 USCA, Appx. § 183 (b).

**WHEREFORE**, the defendant prays that the above Complaint be dismissed with prejudice together with costs and reasonable attorney's fees.

The defendant claims **TRIAL BY JURY** on all issues raised in Plaintiff's Amended Complaint, Defendant's Answer, and Affirmative Defenses contained herein with the exception of Limitation of Liability which is unique for the Court's determination.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Terence G. Kenneally"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165