UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION NO.
                                        05-10293-RGS

**ANTONINO BALDASSANO**
    **Plaintiff,**

VS.

**CAPT. DOMINIC & BROS., INC.,**
    **Defendant.**

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter our appearance as attorneys for defendant, **CAPT. DOMINIC & BROS., INC.**, in the above entitled action.

                                        By its attorneys,

                                        **CLINTON & MUZYKA, P.C.**

                                        "/s/ Thomas J. Muzyka"
                                        **Thomas J. Muzyka**
                                        **BBO NO: 365540**
                                        **Terence G. Kenneally**
                                        **BBO NO: 642124**
                                        One Washington Mall
                                        Suite 1400
                                        Boston, MA 02108
                                        (617) 723-9165