UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANTONINO BALDASSANO**<br>     **Plaintiff,** | **CIVIL ACTION**<br>**NO: 05-10293-RGS** |
| vs. | |
| **CAPT. DOMINIC & BROS., INC.,**<br>     **Defendant.** | |

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 28th day of October, 2005.

| PLAINTIFF | DEFENDANT |
|---|---|
| **ORLANDO & ASSOCIATES** | **CLINTON & MUZYKA, P.C.,** |
| "/s/ Brian S. McCormick" | "/s/ Thomas J. Muzyka" |
| **Brian S. McCormick** | **Thomas J. Muzyka** |
| BBO No. 550533 | BBO NO. 365540 |
| One Western Avenue | **Terence G. Kenneally** |
| Boston, MA 02210 | BBO NO. 642124 |
| 617-261-0080 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | 617-723-9165 |